THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

U-2023-481

State File Number: 101   2023-29986

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Gregory Don Bratcher Jr |
| 2. DATE AND TIME OF DEATH | Jul 15, 2023   2023 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | Jul 15, 2023   2023 |
| 5. COUNTY OF DEATH | Jefferson |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Birmingham, 35233 |
| 7. PLACE OF DEATH | University of Alabama Hospital |
| 8. SEX | Male |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | |
| 10. SERVED IN ARMED FORCES | Yes |
| 11. AGE | 45 |
| 12. DATE OF BIRTH | [redacted] |
| 13. BIRTHPLACE | Alabama |
| 14. SOCIAL SECURITY NUMBER | |
| 15. MARITAL STATUS | Married |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | Alma Grason |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | St Clair |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Odenville, 35120 |
| 20. STREET ADDRESS | 15705 U S Highway 411 |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | Alma Bratcher, Wife, 15705 U S Highway 411, Odenville, AL 35120 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Gregory Don Bratcher Sr |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Virginia Leonard |
| 24. DISPOSITION OF BODY | Burial |
| 25. CEMETERY OR CREMATORY | Liberty Cemetery |
| 26. LOCATION | Odenville, Alabama |
| 27. DATE OF DISPOSITION | Jul 20, 2023 |
| 28. FUNERAL DIRECTOR OR OTHER AGENT | Aleisha Braden |
| 29. LICENSE NUMBER | |
| 30. DATE SIGNED | Jul 18, 2023 |
| 31. FUNERAL HOME NAME AND ADDRESS | Kilgroe Funeral Home Leeds, P O Box 1027, Leeds, AL 35094 |
| 32. LICENSE NUMBER | |
| 33. MEDICAL CERTIFICATION | Coroner |
| 34. NAME | Dennis Russell, Coroner |
| 35. LICENSE NUMBER | |
| 36. DATE SIGNED | Jul 20, 2023 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 1750 Ashville Rd, Leeds, Alabama 35094 |
| 38. REGISTRAR | Nicole Henderson Rushing |
| 39. DATE FILED | Jul 20, 2023 |

### CAUSE OF DEATH

**40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

- IMMEDIATE CAUSE A: Gunshot wound to the chest — Interval: Unknown
- DUE TO B: PTSD — Interval: Unknown
- DUE TO C:
- DUE TO D:

Recorded in the PROBATE MINUTES Book & Page
11-14-2023 10:21:30 AM
Andrew Weathington - Judge of Probate
St. Clair County, Alabama

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| Field | Value |
|---|---|
| 42. MANNER OF DEATH | Homicide |
| 43. PREGNANT (IF FEMALE) | |
| 44. AUTOPSY | Yes |
| 45. FINDINGS CONSIDERED | Yes |
| 46. TOXICOLOGY | Yes |
| 47. FINDINGS CONSIDERED | No |
| 48. TOBACCO USE CONTRIBUTED TO DEATH | No |
| 49. HOW INJURY OCCURRED | Victim shot by police officer |
| 50. DATE AND TIME OF INJURY | Jul 15, 2023   1918 |
| 51. INJURY AT WORK | No |
| 52. IF TRANSPORTATION INJURY, SPECIFY | |
| 53. PLACE OF INJURY | Home |
| 54. LOCATION OF INJURY | 15705 US Hwy 411, Odenville, AL |

ADPH HS E2/REV 01-21

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2023-350-477-8

July 21, 2023

Nicole Henderson Rushing
State Registrar of Vital Statistics